**Order entered May 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01106-CV

## NICHOLAS PETROLEUM, INC., Appellant

### V.

## MID-CONTINENT CASUALTY COMPANY, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-02336**

## ORDER

We **GRANT** appellee's May 6, 2014 unopposed motion for leave to file a sur-reply brief.

We **ORDER** the sur-reply brief tendered to this Court by appellee on May 6, 2014 filed as of that date.

/s/     ADA BROWN
        JUSTICE